656 A.2d 434

IN THE MATTER OF MARC J. GORDON,
AN ATTORNEY AT LAW.

April 26, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on March 14, 1995, recommending that **MARC J. GORDON** of **SPRINGFIELD,** who was admitted to the bar of this State in 1959, be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (failure to act with reasonable diligence), *RPC* 1.4(a) (failure to keep client informed) and *RPC* 1.16(d) (failure to return file to client), and good cause appearing;

It is ORDERED that **MARC J. GORDON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.